UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO LYNN FLUKER, JR.,

Defendant.
______________________________ /

Criminal Case No. 21-20331
11-20631
09-20614

Civil Case Nos. 25-cv-10611
25-cv-10612
25-cv-10609

Hon. F. Kay Behm
United States District Judge

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order denying Defendant's Motions under 28 U.S.C. § 2255, the corresponding civil actions (Civil Case No. 25-cv-10611, 25-cv-10612, 25-cv-10609) are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Date: August 10, 2026

s/ F. Kay Behm
F. Kay Behm
United States District Judge